

ACT 618-21-082  01 of 03

MISLE:
FDIN:
NAME: WILMAR ESTUPINAN PADILLA
DOB (DDMMMYYYY): 08 OCT 1988
CED/ID: AW957106 - COL
HEIGHT (INCHES): 72
WEIGHT (LBS): 170
HAIR COLOR: Brown
EYE COLOR: Brown